UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS KEATING,

                              Plaintiff,            **ORDER**
                                                    CV 06-6027 (JFB)(ARL)

              -against-


LEVITON MANUFACTURING, INC.,

                              Defendant.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**


        By letter dated January 2, 2008, the plaintiff requests that the court schedule a status
conference "to explore the possibility of conducting discovery on an expedited basis as to
accommodate plaintiff's diagnosis" of pancreatic cancer which plaintiff reports will require him
to "undergo a rigorous chemotherapy and radiation protocol."  Defendant's response, dated
January 3, 3008, reports that counsel have not met and conferred on this issue as is required by
the undersigned individual rules and the local rules of this court.  Accordingly, the application is
denied as premature.


Dated: Central Islip, New York          **SO ORDERED:**
       January 8, 2008

                                        _____/s/_____
                                        ARLENE R. LINDSAY
                                        United States Magistrate Judge